**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

STEPHANIE PASCAL,

    Plaintiff,

vs.                                                Case No. 12-10352
                                                Hon. Lawrence P. Zatkoff

FLINT COMMUNITY SCHOOLS and
FLINT COMMUNITY SCHOOLS
BOARD OF EDUCATION,

    Defendants.
_____/

## ORDER OF DISMISSAL

On June 15, 2012, Defendants filed a Motion to Dismiss. After Plaintiff, who is not represented by counsel, failed to file a response, the Court issued an Order to Show Cause on July 23, 2012, wherein the Court ordered:

1. Plaintiff to SHOW CAUSE, in writing, no later than 5:00 p.m. on August 7, 2012, why this case should not be dismissed for failure to prosecute.

2. [I]f Plaintiff desires to file a separate substantive response to the Motion to Dismiss, the Court hereby ORDERS Plaintiff to file a response no later than 5:00 p.m. on August 7, 2012. If Plaintiff's response to the Motion to Dismiss is not filed by 5:00 p.m. on August 7, 2012, the Court will consider Plaintiff's failure to prosecute to have prejudiced Defendants, and the case may be dismissed with prejudice.

Three days later Plaintiff contacted the Undersigned's Chambers, regarding an adjourned scheduling conference and the Court's July 23, 2012, Order. Plaintiff, however, never indicated any reason why she would be unable to file a response to the Court's Order to Show Cause.

Today is August 14, 2012. Plaintiff has yet to respond to the Court's July 23, 2012, Order

to Show Cause and still has not responded to Defendant's Motion to Dismiss.  Accordingly, for the reasons stated in the July 23, 2012, Order to Show Cause, the Court hereby DISMISSES Plaintiff's cause of action, with prejudice.

    IT IS SO ORDERED.

                                  S/Lawrence P. Zatkoff
                                  LAWRENCE P. ZATKOFF
                                  UNITED STATES DISTRICT JUDGE

Dated:  August 27, 2012

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 27, 2012.

                                  S/Marie E. Verlinde
                                  Case Manager
                                  (810) 984-3290